# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FREDERIC CHARLES PRADO,

        Plaintiff,

vs.

MUTUAL LIBERTY LIFE INSURANCE, et al.,

        Defendants.

Case No.: 2:18-cv-00831-GMN-BNW

**ORDER**

Pending before the Court is the Order and Report and Recommendation ("Order and R&R") of United States Magistrate Judge Brenda Weksler, (ECF No. 8), granting Plaintiff Frederic Charles Pardo's ("Plaintiff") Motion/Application for Leave to Proceed *in forma pauperis*, (ECF No. 1), and recommending the Court dismiss Plaintiff's Complaint, (ECF Nos. 1-1, 9), without prejudice and provide him a deadline to file an amended complaint. Judge Weksler issued her R&R on September 11, 2019, and Plaintiff had until September 25, 2019 to file an objection. (Order and R&R, ECF No. 8)

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized

that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, September 25, 2019, has passed. (Order and R&R).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint, (ECF Nos. 1-1, 9), is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 26, 2019** to file an amended complaint.

The Clerk of Court shall close the case.

**DATED** this __26__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court