# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FREDERIC CHARLES PRADO,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL LIBERTY INSURANCE, et al.,<br><br>Defendants. | Case No. 2:18-cv-00831-GMN-BNW<br><br>**ORDER** |

This matter is before the court regarding the letter (ECF No. 12) from pro se plaintiff Frederic Charles Prado that was received by the court on October 8, 2019. Prado's case was dismissed without prejudice on September 26, 2019. (Order (ECF No. 11).) Given that the case is closed, the court will not take action with respect to the letter.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the clerk of court must send Prado a courtesy copy of the order dismissing this case (ECF No. 11) along with this order.

DATED: October 16, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE